COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| New World Car Nissan, Inc., d/b/a World Car Hyundai, and New World Car Imports, San Antonio, Inc., d/b/a World Car Hyundai, | § | No. 08-20-00147-CV |
| | § | Appeal from the |
| | § | 53rd District Court |
| Appellants, | § | of Travis County, Texas |
| v. | § | (TC# D-1-GN-20-002662) |
| Hyundai Motor America and Texas Department of Motor Vehicles, | § | |
| Appellees. | § | |
| | § | |

## O R D E R

This matter is before the Court on its own motion to ABATE this appeal for thirty-five days.

This appeal was transferred to us on July 21, 2020, from the 3rd Court of Appeals. Appellant's brief was filed on November 20, 2020. On November 30, 2020, the administrative record and supplemental record was filed comprising of four compact discs. The underlying administrative record and supplemental record total some 170,000 pages of material, all bate stamped. The appellees filed their briefs in January 2021, while Appellant's reply brief was received on March 1, 2021. The citations to the record are only to the bate stamp number.

The parties are ORDERED to reform the record cites of their briefs to conform to the following format—CD #, PDF page #. The compact disks are required to be cited to as follows:

CD containing Supplemental Administrative Record = CD 1
CD containing Volumes 1-6 = CD 2
CD containing Volumes 7-15 = CD 3
CD containing Volumes 16-42 = CD 4

In addition, any references to MP3s/MP4s must be provided to the Court in order to be considered. Given the voluminous record and the necessity of the Court to diligently parse through the underlying record, it is imperative the record cites are accurate.

Therefore, we ORDER this appeal to be abated for THIRTY-FIVE DAYS to provide the parties with the opportunity to reform the record cites of their briefs and file the reformed briefs by November 10, 2022. Failure to provide these items to this Court before the abatement period ends may result in dismissal of this action without further notice to the parties.

IT IS SO ORDERED this 6th day of October, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.